IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| RONNETTA QUINN THORPE, *et al*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v.  ) | CIVIL ACTION NO.  3:05-cv-670-C |
| ) | WO |
| AMERICAN BANKERS INSURANCE ) | |
| COMPANY OF FLORIDA, *et al*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Now pending before the court is the August 10, 2005, consent to stay proceedings pending binding arbitration.  *See* Doc. 4.  After careful review and consideration, the court concludes that this case should be stayed pending arbitration in accordance with the parties' consent to arbitrate.  Accordingly, it is

ORDERED that this case be and is hereby STAYED until further order of the court.  It is further

ORDERED that the parties shall report the results of the arbitration within fourteen (14) days of the issuance of the arbitrator's decision and commencing October 1, 2005 and every 30 days thereafter shall file a notice with the court reporting on the status of the arbitration proceedings.

Done this 15th day of August, 2005.

     /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE