IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| RONNETTA QUINN THORPE, *et al*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.  3:05-cv-670-C |
| ) | WO |
| AMERICAN BANKERS INSURANCE ) | |
| COMPANY OF FLORIDA, *et al*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

On August 15, 2005, the court stayed this matter pending arbitration in accordance with the parties' consent to arbitrate.  (Doc. # 5).  In addition, the court directed the parties to file a status report every thirty days beginning on October 1, 2005.  (*Id*.)  On October 31, 2005, the parties filed a joint status report in which they informed the court that the arbitration hearing is set for March 14-15, 2006.  (Doc. # 7).  Consequently, the court concludes that monthly status reports are no long necessary.  Accordingly, it is

ORDERED that the parties shall no longer be required to file monthly status reports, however, they are directed to report the results of the arbitration within fourteen (14) days of the issuance of the arbitrator's decision.

Done this 31st day of October, 2005.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE