IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| RONNETTA QUINN THORPE, *et al*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.  3:05-cv-670-C |
| | ) | WO |
| AMERICAN BANKERS INSURANCE | ) | |
| COMPANY OF FLORIDA, *et al*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

On August 15, 2005, this case was stayed pending binding arbitration.  *See* Doc. # 5. On October 31, 2005, the parties filed a joint status report informing the court that an arbitration hearing was set for March 14 and 15, 2006.  (Doc. # 7).  The court ordered the parties to report the results of the arbitration within fourteen (14) days of the arbitrator's decision.  To date, the parties have not informed the court of the status of the arbitration proceedings.  Accordingly, it is

ORDERED that on or before September 6, 2006, the parties shall file a joint report informing the court of the status of the arbitration proceedings.

Done this 22nd day of August, 2006.

    /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE