IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| RONNETTA QUINN THORPE, *et al*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:05-cv-670-CSC |
| | )                      (WO) |
| AMERICAN BANKERS INSURANCE | ) |
| COMPANY OF FLORIDA, *et al*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

On August 15, 2005, this case was stayed pending binding arbitration. *See* Doc. # 5. On October 31, 2005, the parties filed a joint status report informing the court that an arbitration hearing was set for March 14 and 15, 2006. (Doc. # 7). On September 6, 2006, the parties filed another joint status report in which they informed the court that, although an arbitration hearing was set for May 17, 2006, the hearing was continued. To date, no arbitration hearing has been held. However, the parties advised the court that "this matter will be resolved by either joint stipulation or an arbitrator's judgment on or before December 31, 2006." (Doc. # 10, Joint Status Report). Accordingly, it is

ORDERED that no later than January 8, 2007, the parties shall file a joint report informing the court of the status of the resolution of this matter.

Done this 15th day of September, 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE